

**Van R.**
San Diego, CA
69 friends
17 reviews

- Share review
- Embed review
- Compliment
- Send message
- Follow Van R.

7/27/2017 • Updated review

Alissa Levin represents herself as a legal ghost writer expert on Craig's list.. That should have been my first red flag. She is nothing more than a con artist who prays on people in legal trouble like yours truly. She was supposed to draft and file my motion for summary judgement as well as final reply brief for a budget of $4000. Instead she blew through the budget then quit when I refused to pay her supplemental bill of $9167 which she illegally charged to my credit card that later was recovered by my credit card company due to a fraudulent transaction. Her pleadings were also stricken by the court which made them worthless and she was not even aware of how to draft an affidavit that does not require a notarized signature. The ARDC later advised me never to hire an attorney off Craig's list and now I know why as those prowling it like Ms. Levin are only looking to take advantage of those already victimized by the legal system. You have been warned

3/22/2017 • Previous review

Craig's list legal predator - not your legal advocate

Alissa Levin represents herself as a legal ghost writer expert on Craig's list.. That should have been my first red flag. She is nothing more than a con artist who prays on people in legal trouble like yours truly. She was supposed to draft and file my motion for summary judgement as well as final reply brief for a budget of $4000. Instead she blew through the budget then quit when I refused to pay her supplemental bill of $9167 which she illegally charged to my credit card that later was recovered by my credit card company due to a fraudulent transaction. Her pleadings were also stricken by the court which made them worthless and she was not even aware of how to draft an affidavit that does not require a notarized signature. The ARDC later advised me never to hire an attorney off Craig's list and now I know why as those prowling it like Ms. Levin are only looking to take advantage of those already victimized by the legal system. You have been warned Read less

## You might also consider

### People also viewed



**Aaron Krolik Law Office, PC**
51 reviews
I highly recommend Aaron if you every have security deposits related issues.



**Bradford Miller Law PC**
55 reviews
Being first time home buyers was rather daunting, but Brad made the process so smooth and easy.



**Spalding Law Center**
10 reviews
Angela is down to earth and knows bankruptcy law.

### Other places nearby

Find more Business Law near Levin Law

Find more Real Estate Law near Levin Law

### Browse nearby

- Restaurants
- Nightlife
- Shopping
- Show all

### Business Law in Chicago

Get free quotes on Yelp now

### People found Levin Law by searching for...

Eviction Lawyer Chicago

Landlord Tenant Lawyer Chicago

Lawyers Chicago



EXHIBIT A



Alisa Levin <levinlawltd@gmail.com>

## Fwd: BBB Complaint Submission
1 message

**van richter records** <vanrichterrec@gmail.com>  Mon, Nov 13, 2017 at 7:19 PM
To: Alisa Levin <levinlawltd@gmail.com>

---------- Forwarded message ----------
From: <complaints@cbbb.bbb.org>
Date: Mon, Nov 13, 2017 at 5:18 PM
Subject: BBB Complaint Submission
To: vanrichterrec@gmail.com


Thank you for submitting your complaint to us.

The BBB that will process your complaint is:

- **BBB of Chicago & Northern Illinois**
- 330 N. Wabash, Ste. 3120
- Chicago, IL 60611-7621
- Phone: (312)832-0500
- Fax: (312)832-9985
- Email Address: bbbinfo@chicago.bbb.org
- Website: www.chicago.bbb.org

You will hear from this BBB soon regarding your complaint.

## What's next?

Did you know BBB does more than just collect complaints? Use BBB to get news and tips concerning the marketplace. Or to find a great BBB Accredited Business.



EXHIBIT B

 **Gmail**     Alisa Levin <levinlawltd@gmail.com>

## Reminder: Your payment for this invoice is due
1 message

**van richter records** <service@paypal.com>     Tue, Oct 17, 2017 at 5:10 PM
Reply-To: van richter records <manager@vanrichter.net>
To: Levin Law LTD <levinlawltd@gmail.com>

Hello, Levin Law LTD

## Please pay your invoice

van richter records would like to remind you to pay invoice 0006.

Amount due: $4,000.00 USD

Due on receipt

View and Pay Invoice



Help & Contact | Security | Apps

   

