UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALISA LEVIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-cv-01723 |
| | ) |
| PAUL ABRAMSON, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

JOEL F. HANDLER moves this Court, pursuant Rule 83.17 of the Local Rules of the U.S. District Court for the Northern District of Illinois, to withdraw as local counsel for the Defendant PAUL ABRAMSON. In support of this motion, HANDLER states:

1. Joel F. Handler was requested by the Defendant to appear before this Court on October 17, 2018 for the purpose of picking up the Court's rulings on the pending motions before this Court.

2. Mr. Handler was advised that the Defendant was speaking to attorneys in California and thought that the Defendant was going to retain an attorney in California and that he would then serve as local counsel for that attorney.

3. When Mr. Handler appeared before this Court on October 17, 2018, this Court held the Defendant in contempt of court for failing to appear and set this matter for an evidentiary hearing on October 18, 2018.

4. Mr. Handler relayed to the Defendant this Court's ruling and sent him the minute order entered by this Court.

1

5. The Defendant told Mr. Handler that despite this Court's order, he could not appear in Court on October 18, 2018 and requested that Mr. Handler submit an affidavit to this Court. A true and correct copy of the Defendant's affidavit is attached hereto as **_Exhibit A_**.

6. Since it appears that there will be no attorney from California appearing for the Defendant and since the Defendant has not formally retained Mr. Handler to represent him in this matter, Mr. Handler requests this Court's indulgence in allowing him to withdraw his appearance as local counsel instanter.

WHEREFORE, the movant JOEL F. HANDLER requests that this Court grant his motion and allow him to withdraw his appearance as local counsel for the Defendant in this matter. The movant requests that this Court award him such other relief as this Court may deem appropriate.

Respectfully submitted,

/s/ Joel F. Handler
JOEL F. HANDLER (#1115812)
One E. Wacker Drive, Suite 510
Chicago, Illinois 60601
(312) 832-0008